SANDERS LAW, PLLC
Craig B. Sanders, Esq. (985686)
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Telephone: (516) 203-7600
Facsimile: (516) 281-7601
csanders@sanderslawpllc.com
*Attorneys for Plaintiff*
File No.: 103187

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| National Photo Group, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ADX Communications of Escambia, LLC,<br><br>Defendant(s). | Docket No:<br><br>DEMAND FOR JURY TRIAL<br><br>COMPLAINT FOR:<br>  1) COPYRIGHT INFRINGEMENT |

National Photo Group, LLC, by and through its undersigned counsel, states and alleges as follows:

### INTRODUCTION

1. Plaintiff National Photo Group, LLC ("NPGR") provides entertainment-related photojournalism goods and services. In particular, NPGR owns the rights to a multitude of photographs featuring celebrities, which it licenses to online and print publications.

2. NPGR's portfolio of celebrity photographs is the bread and butter of its business.

3. NPGR has obtained U.S. copyright registrations covering many of its photographs, and others are the subject of pending copyright applications.

4. Defendant ADX Communications of Escambia, LLC owns and operates a website known as www.catcountry987.com.

5. Without permission or authorization from NPGR, ADX Communications of Escambia,

1

LLC copied, modified, and displayed NPGR's photograph(s) on ADX Communications of Escambia, LLC's website www.catcountry987.com.

6. ADX Communications of Escambia, LLC engaged in this misconduct knowingly and in violation of the United States copyright laws.

7. NPGR has been substantially harmed as a result of ADX Communications of Escambia, LLC's misconduct.

## JURISDICTION AND VENUE

8. This Court has subject matter jurisdiction over the federal copyright infringement claims pursuant to 28 U.S.C. §1338(a) and 28 U.S.C. §1331. The Court has supplemental jurisdiction over the claims arising under state law pursuant to 28 U.S.C. §1367(a) in that the state claims are so related to the claims over which the court has original jurisdiction that they form part of the same case or controversy.

9. This Court has personal jurisdiction over ADX Communications of Escambia, LLC because ADX Communications of Escambia, LLC maintains its principal place of business in Escambia County, Florida and purposely directs substantial activities at the residents of Florida by means of the website described herein.

10. Venue is proper under 28 U.S.C. §1391(a)(2) because ADX Communications of Escambia, LLC does business in this Judicial District or because a substantial part of the events or omissions giving rise to the claim occurred in this Judicial District.

## PARTIES

11. NPGR is a California Limited Liability Company and maintains its principal place of business in Los Angeles County, California.

12. On information and belief, ADX Communications of Escambia, LLC, a Limited Liability Company with a principal place of business in Escambia County, Florida is liable and responsible to Plaintiff based on the facts herein alleged.

2

## FACTUAL ALLEGATIONS

### NPGR's Business

13. NPGR Provides entertainment-related photojournalism goods and services. In particular, NPGR owns the rights to a multitude of photographs which it licenses to online and print publications.

14. NPGR has invested significant time and money in building its photograph portfolio.

### NPGR's Copyrights

15. NPGR has obtained U.S. copyright registrations covering many of its photographs, and others are the subject of pending copyright applications.

16. NPGR's photographs are original, creative works in which NPGR owns protectable copyright interests.

17. NPGR owns several active and valid copyright registrations with the United States Copyright Office (the "USCO"), which registrations cover NPGR's photographs.

18. NPGR also has filed several copyright applications with the USCO, which are presently pending.

19. NPGR applied for and received [a] copyright registration(s) for a collection(s) of photographs, which included the photograph(s) annexed hereto as Exhibit(s) "1" (the "Photograph(s)").

### ADX Communications of Escambia, LLC's Website

20. On information and belief, ADX Communications of Escambia, LLC is the registered owner of the website located at www.catcountry987.com (the "Website"). On information and belief, ADX Communications of Escambia, LLC operates the Website and is responsible for all Website content.

21. The Website provides, *inter alia*, articles, photographs and other information regarding celebrities.

22. The Website is monetized in that it contains paid advertisements. On information and belief, ADX Communications of Escambia, LLC profits from these activities.

### ADX Communications of Escambia, LLC's Misconduct

23. Without permission or authorization from NPGR, ADX Communications of Escambia,

LLC copied, modified, and/or displayed the Photograph(s) on the Website, in violation of NPGR's copyrights. See Exhibit "1" annexed hereto.

24. On information and belief, the Photograph(s) were copied from the website(s) of NPGR's Clients and reposted on the Website without license or permission, thereby infringing on the Copyrights (the "Infringement(s)").

25. On information and belief, ADX Communications of Escambia, LLC was aware of facts or circumstances from which the Infringement(s) was/were apparent. Based on this totality of circumstances, ADX Communications of Escambia, LLC cannot claim that it is not aware of the widespread infringing activities, including the Infringement(s), on the Website. Such a claim would amount to willful blindness to the Infringement(s) on the part of ADX Communications of Escambia, LLC.

26. On information and belief, ADX Communications of Escambia, LLC engaged in the Infringement(s) knowingly and in violation of United States copyright laws.

27. On information and belief, ADX Communications of Escambia, LLC has received a financial benefit directly attributable to the Infringement(s). Specifically, by way of the Infringement(s), ADX Communications of Escambia, LLC increased traffic to the Website and, in turn, realized an increase in, its advertising revenues and/or merchandise sales.

28. As a result of ADX Communications of Escambia, LLC's misconduct, NPGR has been substantially harmed.

## FIRST COUNT

### (Copyright Infringement, 17 U.S.C. § 501 *et seq.*)

29. NPGR repeats and incorporates by reference the allegations contained in the preceding paragraphs, as though set forth in full herein.

30. The Photograph(s) are original, creative works in which NPGR owns protectable copyright interests.

31. NPGR has not licensed ADX Communications of Escambia, LLC to use the Photograph(s) in any manner, nor has NPGR assigned any of its exclusive rights in the Copyrights to

ADX Communications of Escambia, LLC.

32. Without permission or authorization from NPGR and in willful violation of NPGR's rights under 17 U.S.C. §106, ADX Communications of Escambia, LLC reproduced the Photograph(s).

33. On information and belief, without permission or authorization from NPGR and in willful violation of NPGR's rights under 17 U.S.C. § 106, ADX Communications of Escambia, LLC displayed the Photograph(s) on the Website.

34. ADX Communications of Escambia, LLC's reproduction of the Photograph(s) and display of the Photograph(s) on the Website constitutes copyright infringement.

35. On information and belief, thousands of people have viewed the unlawful copies of the Photograph(s) on the Website.

36. On information and belief, ADX Communications of Escambia, LLC had knowledge of the copyright infringement alleged herein and had the ability to stop the reproduction and display of NPGR's copyrighted material.

37. ADX Communications of Escambia, LLC's copyright infringement has damaged NPGR in an amount to be proven at trial.

## PRAYER FOR RELIEF

**WHEREFORE,** NPGR respectfully requests judgment as follows:

1. That the Court enter a judgment finding that ADX Communications of Escambia, LLC has infringed on NPGR's Copyrights in the Photograph(s) in violation of 17 U.S.C. § 501 et seq.;

2. That the Court award damages and monetary relief as follows:

    a. Statutory damages against ADX Communications of Escambia, LLC pursuant to 17 U.S.C. § 504(c) of $150,000 per infringement or in the alternative NPGR's actual damages and ADX Communications of Escambia, LLC's wrongful profits in an amount to be proven at trial;

    b. NPGR's attorneys' fees pursuant to 17 U.S.C. § 505;

    c. NPGR's costs; and

3. Such other relief that the Court determines is just and proper.

DATED: August 1, 2013

**SANDERS LAW, PLLC**

/s/ Craig B. Sanders
Craig B. Sanders, Esq. (985686)
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Telephone: (516) 203-7600
Facsimile: (516) 281-7601
csanders@sanderslawpllc.com
*Attorneys for Plaintiff*
File No.:103187

## REQUEST FOR JURY TRIAL

Plaintiff hereby demands a trial of this action by jury.

DATED: August 1, 2013

                              **SANDERS LAW, PLLC**

                              /s/ Craig B. Sanders
                            Craig B. Sanders, Esq. (985686)
                            100 Garden City Plaza, Suite 500
                            Garden City, New York 11530
                            Telephone: (516) 203-7600
                            Facsimile: (516) 281-7601
                            csanders@sanderslawpllc.com
                            *Attorneys for Plaintiff*
                            File No.:103187