# EXHIBIT - 1




| | |
|---|---|
| Photo Owner: National Photo Group, LLC<br>Photo ID Number: 10235393<br>Date Taken: 09/26/2012<br>Photo Description: Jason Aldean and Brittany Kerr get verycozy in LA.<br>Photo Location: California<br>Copyright Application Date: 10/01/2012<br>Application Number: 1-830916271<br>Copyright Registration Date: 10/01/2012<br>Registration Number: VA0001836372 | Domain: www.catcountry987.com<br>URL: http://www.catcountry987.com/country-music-news/did-jason-make-a-call-before-filing-for-divorce/<br>Observed Date: 07/01/2013 |